UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARBY KRUGER et al.,<br><br>               Plaintiff,<br>   v.<br><br>THE UNITED STATES OF AMERICA, acting through the UNITED STATES POSTAL SERVICE,<br><br>               Defendant. | CASE NO. 3:20-cv-05036-TL<br><br>ORDER REGARDING PARTIES' NOTICE OF SETTLEMENT |

In accordance with Local Civil Rule 11(b), the Parties notified the Court by email on April 6, 2022, that they have reached a settlement agreement and that they intend to submit a stipulated dismissal. Pursuant to Section VII of the Court's Standing Order for All Civil Cases:

IT IS HEREBY ORDERED that the Parties shall submit a stipulated dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), **within thirty (30) days** of this Order.

If the Parties do not submit a stipulated dismissal by the above deadline, the Court will enter its standard order of post-settlement dismissal, allowing the Parties to reopen the case if they have not perfected the settlement agreement **within sixty (60) days** of the dismissal order.

ORDER REGARDING PARTIES' NOTICE OF SETTLEMENT - 1

IT IS FURTHER ORDERED that all pending deadlines and hearings in this case, including the trial date, are STRICKEN.

Dated this 6th day of April 2022.

Tana Lin
United States District Judge