The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARBY KRUGER and TERRI KRUGER, individually and as a marital community,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, acting through the UNITED STATES POSTAL SERVICE,<br><br>          Defendant. | Case No. 3:20-cv-5036-TL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>Noted for Consideration:<br>May 5, 2022 |

## JOINT STIPULATION

The parties hereto, by and through their respective counsel of record, hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice without costs or fees to either party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. 3:20-cv-5036-TL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED**.

Dated this 5th day of May, 2022.

MYERS & COMPANY, PLLC

*s/ Michael David Myers*
MICHAEL DAVID MYERS, WSBA No. 22486
1530 Eastlake Avenue East
Seattle, WA 98102
Phone:  (206) 398-1188
Fax:  (206) 400-1112
Email: mmyers@myers-company.com

*Attorney for Plaintiffs*

**SO STIPULATED**.

Dated this 5th day of May, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Whitney Passmore*
WHITNEY PASSMORE, FL No. 91922

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  whitney.passmore@usdoj.gov
Email:  nickolas.bohl@usdoj.gov

*Attorneys for the United States of America*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. 3:20-cv-5036-TL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## <u>ORDER</u>

2

  The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed

3

with prejudice and without costs or fees to either party. ~~This Court shall retain jurisdiction over~~

4

~~the above-captioned action and the terms of the settlement thereof if and as necessary.~~

5

6

  DATED this <u>6th</u> day of <u>May</u>, 2022.

7

8

9

            _____

10

            Tana Lin
            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL
Case No. 3:20-cv-5036-TL
PAGE– 3

        UNITED STATES ATTORNEY
        700 STEWART STREET, SUITE 5220
        SEATTLE, WASHINGTON 98101
        (206) 553-7970